■ ANTHONY T. ANNUTTO et al., Respondents, v. VILLAGE OF HERKIMER, Appellant.— Motion for reargument of appeal denied as untimely. Memorandum: See Rule 2 (now 22A NYCRR 1000.2), of the rules of this court. If we were to reach the merits of the application, we would deny it. Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Bastow, JJ.